MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RODNEY C. VILLAZOR  (NYBN 4003596)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7265
    FAX: (415) 436-7234
    rodney.villazor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-14-00103 RS |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO SET MOTION BRIEFING SCHEDULE AND WAIVING TIME UNDER SPEEDY TRIAL ACT TO APRIL 8, 2014 AT 2:30 P.M. |
|     v. ) | |
| ARSHAD RAZZAK, RICHARD YICK AND RAUL ERIC ELIAS, ) | |
|     Defendants. ) | |

    The parties are scheduled to appear before the Court in the above-captioned matter on April 8, 2014 for status and motion hearing on the Indictment.  The parties request that this Court set the briefing schedule as follows:

        March 20, 2014 - motions due

        March 27, 2014- opposition due

        April 1, 2014 – reply due

    Defense counsel reserve their right to request from the Court a modification of this briefing

STIPULATION AND [PROPOSED] ORDER TO SET MOTION BRIEFING SCHEDULE AND  WAIVING TIME UNDER SPEEDY TRIAL ACT TO APRIL 8, 2014 AT 2:30 P.M.
CR-14-00103 RS

1  schedule, including a postponement of the motion hearing if, after they have received discovery from the
2  United States, they determine that they need additional time to adequately prepare the motions subject to
3  this Order.
4       In addition, as set forth on the record on March 4, 2014, the parties request that the Court
5  exclude time under the Speedy Trial Act between March 4, 2014 and April 8, 2014.  The parties
6  stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the
7  interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
8  (B)(iv).  Such continuance is required because government counsel will be producing discovery, and
9  defense counsel needs the time to review the discovery and prepare their motions.  This continuance will
10 allow the reasonable time necessary for effective preparation and continuity of counsel taking into
11 account the exercise of due diligence.  As such, the parties respectfully request that the time between
12 March 4, 2014 and April 8, 2014 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

14       DATED:  March 6, 2014                           Respectfully submitted,

16                                                       MELINDA HAAG
                                                        United States Attorney

18                                                        /s/_____
                                                        RODNEY C. VILLAZOR
19                                                      Assistant United States Attorney

20                                                        /s/_____
                                                        MICHAEL RAINS, Esq.
21                                                      Attorney for Defendant Arshad Razzak

23                                                        /s/_____
                                                        PETER FURST, Esq.
                                                        Attorney for Defendant Richard Yick

25                                                        /s/_____
                                                        MATTHEW PAVONE, Esq.
26                                                      Attorney for Defendant Raul Eric Elias

STIPULATION AND [PROPOSED] ORDER TO SET MOTION BRIEFING SCHEDULE AND  WAIVING TIME
UNDER SPEEDY TRIAL ACT TO APRIL 8, 2014 AT 2:30 P.M.
CR-14-00103 RS

**ORDER**

Based on the reason provided in the stipulation of the parties above, the Court hereby ORDERS, the following briefing schedule:

        March 20, 2014 - motions due

        March 27, 2014- opposition due

        April 1, 2014 – reply due

The Court also hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded until April 8, 2014.

IT IS SO ORDERED.

DATED: 3/10/14

_____
RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO SET MOTION BRIEFING SCHEDULE AND WAIVING TIME UNDER SPEEDY TRIAL ACT TO APRIL 8, 2014 AT 2:30 P.M.
CR-14-00103 RS