| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | RODNEY C. VILLAZOR (NYBN 4003596)<br>JOHN H. HEMANN (CABN165823) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7265<br>FAX: (415) 436-7234 |
| 8 | rodney.villazor@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-14-00103 RS |
| Plaintiff, | )<br>)<br>) | STIPULATION AND [~~PROPOSED~~] ORDER WAIVING TIME UNDER SPEEDY TRIAL ACT |
| v. | )<br>) | TO MAY 14, 2014 AT 2:30 P.M. |
| ARSHAD RAZZAK, RICHARD YICK AND<br>RAUL ERIC ELIAS, | )<br>)<br>) | |
| Defendants. | ) | |

The parties are scheduled to appear before the Court in the above-captioned matter on May 14, 2014 for further status hearing. As set forth on the record on April 8, 2014, the parties request that the Court exclude time under the Speedy Trial Act between April 8, 2014 and ~~May 14~~, 2014. [May 13, 2014] The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Such a continuance is required because government counsel has produced discovery, and defense counsel needs the time to review the discovery in preparation for trial. This continuance will allow the reasonable time necessary for effective preparation and continuity of counsel taking into

1

1 | account the exercise of due diligence.  As such, the parties respectfully request that the time between

2 | April 8, 2014 and ~~May 14,~~ May 13, 2014 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

4 | DATED:  April 10, 2014                                          Respectfully submitted,

6 | MELINDA HAAG
United States Attorney

8 |   /s/_____
RODNEY C. VILLAZOR
Assistant United States Attorney

10 |   /s/_____
MICHAEL RAINS, Esq.
Attorney for Defendant Arshad Razzak

13 |   /s/_____
PETER FURST, Esq.
Attorney for Defendant Richard Yick

15 |   /s/_____
MATTHEW PAVONE, Esq.
Attorney for Defendant Raul Eric Elias

2

**ORDER**

Based on the reason provided in the stipulation of the parties above, the Court also hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded until May 14, 2014.

IT IS SO ORDERED.

DATED: 4/11/14

RICHARD SEEBORG
United States District Judge