1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  RODNEY C. VILLAZOR (NYBN 4003596)
   JOHN H. HEMANN (CABN165823)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7265
       FAX: (415) 436-7234
8      rodney.villazor@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,          ) NO. CR-14-00103 RS
   |                                    )
15 |     Plaintiff,                     ) STIPULATION AND [~~PROPOSED~~] ORDER
   |                                    ) WAIVING TIME UNDER SPEEDY TRIAL ACT
16 |     v.                             ) TO MAY 14, 2014 AT 2:30 P.M.
   |                                    )
17 | ARSHAD RAZZAK, RICHARD YICK AND    )
   | RAUL ERIC ELIAS,                   )
18 |                                    )
   |     Defendants.                    )
19 |_____)

20
        The parties are scheduled to appear before the Court in the above-captioned matter on May 14,
21
   2014 for further status hearing. As set forth on the record on April 8, 2014, the parties request that the
22
   Court exclude time under the Speedy Trial Act between April 8, 2014 and ~~May 14~~ May 13, 2014. The parties
23
   stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the
24
   interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
25
   (B)(iv). Such a continuance is required because government counsel has produced discovery, and
26
   defense counsel needs the time to review the discovery in preparation for trial. This continuance will
27
   allow the reasonable time necessary for effective preparation and continuity of counsel taking into
28

                                                    1

1 | account the exercise of due diligence.  As such, the parties respectfully request that the time between
2 | April 8, 2014 and ~~May 14,~~ May 13, 2014 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

4 | DATED: April 10, 2014                          Respectfully submitted,

6 | MELINDA HAAG
United States Attorney

8 | /s/
RODNEY C. VILLAZOR
Assistant United States Attorney

10 | /s/
MICHAEL RAINS, Esq.
Attorney for Defendant Arshad Razzak

13 | /s/
PETER FURST, Esq.
Attorney for Defendant Richard Yick

15 | /s/
MATTHEW PAVONE, Esq.
Attorney for Defendant Raul Eric Elias

**ORDER**

Based on the reason provided in the stipulation of the parties above, the Court also hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded until ~~May 14,~~ May 13, 2014.

IT IS SO ORDERED.

DATED: 4/11/14

RICHARD SEEBORG
United States District Judge

3