Michael Rains, SBN 91013
**RAINS LUCIA STERN, PC**
2300 Contra Costa Boulevard, Suite 500
Pleasant Hill, CA 94523
Telephone:  925.609.1699
Facsimile:  925.609.1690

Attorneys for  Defendant
Arshad Razzak

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARSHAD RAZZAK, RICHARD YICK, RAUL ERIC ELIAS,<br><br>Defendants. | Case No.  CR 14-00103 RS<br><br>STIPULATION REGARDING LIMITED CONTACT WITH CO-DEFENDANTS OUTSIDE THE PRESENCE OF COUNSEL; ORDER ON STIPULATION |

1.      Defendant Arshad Razzak is a San Francisco police officer, a member of the San Francisco Police Officer' Association (SFPOA)  and one of three named defendants in Case No. 14-CR-00103-RS.

2.      The other two defendants in this case are Richard Yick and Eric Elias.  Both Yick and Elias are also San Francisco police officers and members of the SFPOA.

3.      In addition, San Francisco Police Officers Ian Furminger and Edmond Robles, both SFPOA members and former San Francisco Police Officer Reynaldo Vargas are defendants in a separate action under Case No. CR 14-102 CRB.

4.      The SFPOA has announced to all of its members a social event to raise funds for the benefit of the SFPOA members in both of the complaints mentioned above.  That benefit

1

STIPULATION REGARDING LIMITED CONTACT WITH CO-DEFENDANTS OUTSIDE THE
PRESENCE OF COUNSEL; ORDER ON STIPULATION

1    event is currently scheduled to occur on May 22, 2014.  The SFPOA has invited Officer

2    Razzak and the other defendants referred to above to attend the fundraising event, and Razzak

3    would like to attend the event while remaining in compliance with the Court's orders

4    concerning contact with co-defendants.

5         5.    At the present time, the conditions of Defendant Razzak's release and

6    appearance provide that he shall have "… no contact with any co-defendant out of the presence

7    of counsel."  That order pertains to the co-defendants in the within action, and to the other San

8    Francisco police officer defendants in Case No. CR 14-102 CRB.

9         6.    While it is anticipated that counsel of some of the defendants will appear at the

10   fundraising event in question, not all counsel are expected to attend, and it is unrealistic and

11   impractical to think and believe that counsel will monitor every movement and activity of

12   his/respective client during the event itself.

13        7.    As part of this stipulation, Defendant Razzak agrees he will not communicate

14   directly or indirectly about this case, or any issue concerning the case, with any of the police

15   officers (or former police officer) named in this action or the companion case in the event those

16   individuals are in attendance at the fundraising event.

17        8.    Based upon the assurances offered by Razzak, the United States, by and through

18   its attorneys of record, and Defendant Arshad Razzak, by and through his attorney of record,

19   hereby stipulate and ask the court to order as follows:

20        9.    The conditions of release and appearance relating to Defendant Arshad Razzak

21   shall be modified for the limited purpose of allowing Razzak to attend a fundraising event

22   sponsored by the San Francisco Police Officers' Association on May 22, 2014, provided that

23   Razzak shall not communicate directly or indirectly with said co-defendants concerning

24   pending criminal charges in this action or the companion action.

25        10.    Following the conclusion of the fundraising event sponsored by the San

26   Francisco Police Officers' Association, the conditions of release and appearance previously

27   established and agreed to by Defendant Razzak will remain in existence unchanged.

28   / / /

STIPULATION REGARDING LIMITED CONTACT WITH CO-DEFENDANTS OUTSIDE THE
PRESENCE OF COUNSEL; ORDER ON STIPULATION

11.     Wherefore, I respectfully request that the court issue an order consistent with this Stipulation.

Dated: May 7, 2014                                    Respectfully Submitted,

                                                     RAINS LUCIA STERN, PC


                                                     _____/s/ Michael L. Rains_____
                                                     By:     Michael L. Rains
                                                     Attorneys for Defendant Arshad Razzak


SO STIPULATED:


Dated: May 7, 2014                                   _____/s/ John H. Hemann_____
                                                     United States Attorney
                                                     John H. Hemann
                                                     Rodney Villazor, Assistant United States Attorney


                                        **ORDER**

IT IS SO ORDERED:


May ____, 2014                                       _____
                                                     Magistrate Judge Elizabeth LaPorte

STIPULATION REGARDING LIMITED CONTACT WITH CO-DEFENDANTS OUTSIDE THE
PRESENCE OF COUNSEL; ORDER ON STIPULATION