MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
JOHN H. HEMANN (CABN165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7265
    FAX: (415) 436-7234
    rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-14-00103 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER WAIVING TIME UNDER SPEEDY TRIAL ACT TO JUNE 3, 2014 AT 2:30 P.M. |
| v. | |
| ARSHAD RAZZAK, RICHARD YICK AND RAUL ERIC ELIAS, | |
| Defendants. | |

    The parties are scheduled to appear before the Court in the above-captioned matter on June 3, 2014 for further status hearing. As set forth on the record on May 13, 2014, the parties request that the Court exclude time under the Speedy Trial Act between May 13, 2014 and June 3, 2014. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Such a continuance is required because government counsel has produced discovery, and defense counsel needs the time to review the discovery in preparation for trial. This continuance will

STIPULATION AND [~~PROPOSED~~]
ORDER WAIVING TIME               1

allow the reasonable time necessary for effective preparation and continuity of counsel taking into account the exercise of due diligence. As such, the parties respectfully request that the time between May 13, 2014 and June 3, 2014 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May 14, 2014                    Respectfully submitted,

                                       MELINDA HAAG
                                       United States Attorney

DATED: May 14, 2014                     /s/_____
                                       RODNEY C. VILLAZOR
                                       Assistant United States Attorney

DATED: May 14, 2014                     /s/_____
                                       MICHAEL RAINS, Esq.
                                       Attorney for Defendant Arshad Razzak

DATED: May 14, 2014                     /s/_____
                                       PETER FURST, Esq.
                                       Attorney for Defendant Richard Yick

DATED: May 14, 2014                     /s/_____
                                       MATTHEW PAVONE, Esq.
                                       Attorney for Defendant Raul Eric Elias

STIPULATION AND [P~~ROPOSE~~D]
ORDER WAIVING TIME                    2

**ORDER**

Based on the reason provided in the stipulation of the parties above, the Court also hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded until June 3, 2014.

IT IS SO ORDERED.

DATED: 5/14/14

RICHARD SEEBORG
United States District Judg

STIPULATION AND [PROPOSED]
ORDER WAIVING TIME                  3