MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7265
    FAX: (415) 436-7234
    rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-14-00103 RS |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER WAIVING TIME UNDER SPEEDY TRIAL ACT TO JULY 8, 2014 AT 2:30 P.M. |
| v. | ) |
| ARSHAD RAZZAK, RICHARD YICK AND RAUL ERIC ELIAS, | ) |
| Defendants. | ) |

The parties are scheduled to appear before the Court in the above-captioned matter on July 8, 2014 for further status hearing. As set forth on the record on June 17, 2014, the parties request that the Court exclude time under the Speedy Trial Act between June 17, 2014 and July 8, 2014. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Such a continuance is required because the government counsel has produced discovery and will be producing additional discovery this week. Accordingly, defense counsel needs the time to review the discovery in preparation for trial. In addition, defense counsel for defendant Razzak is in the

STIPULATION AND [PROPOSED] ORDER
CR 14-00103 RS                        1

midst of a federal civil trial in San Francisco that is expected to last until mid-July 2014.  This continuance will allow the reasonable time necessary for effective preparation and continuity of counsel taking into account the exercise of due diligence.  As such, the parties respectfully request that the time between June 17, 2014 and July 8, 2014 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  June 17, 2014                                       Respectfully submitted,

                                                                                  MELINDA HAAG
                                                                                  United States Attorney

                                                                                   /s/_____
                                                                                  RODNEY C. VILLAZOR
                                                                                  Assistant United States Attorney

DATED:  June 17, 2014                                        /s/_____
                                                                                  MICHAEL RAINS, Esq.
                                                                                  Attorney for Defendant Arshad Razzak

DATED:  June 17, 2014                                        /s/_____
                                                                                  PETER FURST, Esq.
                                                                                  Attorney for Defendant Richard Yick

DATED:  June 17, 2014                                        /s/_____
                                                                                  MATTHEW B. PAVONE, Esq.
                                                                                  Attorney for Defendant Raul Eric Elias

STIPULATION AND [PROPOSED] ORDER
CR 14-00103 RS                                              2

**ORDER**

Based on the reason provided in the stipulation of the parties above, the Court also hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded until July 8, 2014.

IT IS SO ORDERED.

DATED: 6/23/14

RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 14-00103 RS                              3