MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7265
    Fax: (415) 436-7234
    rodney.villazor@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | NO. CR-14-00103 RS |
| Plaintiff,  )  | STIPULATION AND [PROPOSED] ORDER WAIVING TIME UNDER SPEEDY TRIAL ACT TO SEPTEMBER 12, 2014 AT 10:00 A.M. |
| v.  )  | |
| ARSHAD RAZZAK, RICHARD YICK AND RAUL ERIC ELIAS,  )  | |
| Defendants.  )  | |

    The parties are scheduled to appear before the Court in the above-captioned matter on September 12, 2014 for a pretrial conference.  As set forth on the record on July 8, 2014, the parties request that the Court exclude time under the Speedy Trial Act between July 8, 2014 and September 12, 2014.  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  Such a continuance is required because the defense counsel for defendant Razzak recently completed a lengthy federal civil trial in San Francisco that concluded on or about July 1, 2014.  This continuance will allow the reasonable time necessary for effective preparation and continuity of counsel

STIP. & [PROPOSED] ORDER            1
CR 14-0103 RS

taking into account the exercise of due diligence.  As such, the parties respectfully request that the time between July 8, 2014 and September 12, 2014 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: July 10, 2014                     Respectfully submitted,

MELINDA HAAG
United States Attorney

 /s/
RODNEY C. VILLAZOR
Assistant United States Attorney

DATED: July 10, 2014                      /s/
MICHAEL RAINS, Esq.
Attorney for Defendant Arshad Razzak

DATED: July 10, 2014                      /s/
PETER FURST, Esq.
Attorney for Defendant Richard Yick

DATED: July 10, 2014                      /s/
MATTHEW B. PAVONE, Esq.
Attorney for Defendant Raul Eric Elias

**ORDER**

Based on the reason provided in the stipulation of the parties above, the Court also hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded until September 12, 2014.

IT IS SO ORDERED.

DATED: July 10, 2014

_____
RICHARD SEEBORG
United States District Judge

STIP. & [PROPOSED] ORDER                    3
CR 14-0103 RS