MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7265
    FAX: (415) 436-7234
    rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR-14-00103 RS |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER WAIVING TIME UNDER SPEEDY TRIAL ACT TO DECEMBER 19, 2014 AT 10:00 A.M. |
| v. | ) |
| ARSHAD RAZZAK, RICHARD YICK AND RAUL ERIC ELIAS, | ) |
| Defendants. | ) |

    The parties are scheduled to appear before the Court in the above-captioned matter on December 19, 2014 for a pretrial conference.  The pretrial conference had been previously scheduled for September 12, 2014, and time under the Speedy Trial Act had been excluded to that date.  As set forth on the record on August 28, 2014, the parties request that the Court exclude time under the Speedy Trial Act between September 12, 2014 and December 19, 2014.  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  Such a continuance is required because defense counsel for defendants Razzak and Yick moved to continue the trial scheduled for September

1

1   22, 2014 to afford them sufficient time to prepare for trial.  Defense counsel for defendant Elias did not
2   have any objection to continue the trial.  The Court granted the motion to continue and scheduled the
3   pretrial conference on December 19, 2014.  Trial is now scheduled to begin on January 12, 2015.  This
4   continuance will allow the reasonable time necessary for effective preparation taking into account the
5   exercise of due diligence.  As such, the parties respectfully request that the time between September 12,
6   2014 and December 19, 2014 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  August 29, 2014                           Respectfully submitted,

MELINDA HAAG
United States Attorney

 /s/
RODNEY C. VILLAZOR
Assistant United States Attorney

 /s/
MICHAEL RAINS, Esq.
Attorney for Defendant Arshad Razzak

 /s/
PETER FURST, Esq.
Attorney for Defendant Richard Yick

 /s/
MATTHEW B. PAVONE, Esq.
Attorney for Defendant Raul Eric Elias

**ORDER**

Based on the reason provided in the stipulation of the parties above, the Court also hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded until December 19, 2014.

IT IS SO ORDERED.

DATED:  9/3/14

RICHARD SEEBORG
United States District Judge