MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7265
    FAX: (415) 436-7234
    rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-14-00103 RS |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER RE: |
| | ) DEPOSITION OF JESSICA RICHMOND |
| v. | ) |
| | ) |
| ARSHAD RAZZAK, RICHARD YICK AND RAUL ERIC ELIAS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The parties stipulate and agree as follows:

1.    Jessica Richmond is a witness who the parties anticipate will testify regarding the events of December 23, 2010, alleged in the Indictment.

2.    Richmond resides in the Southern District of New York.  She is not able to travel to San Francisco to testify at the trial, scheduled to begin January 12, 2015, for medical reasons.

3.    The parties agree that a deposition of Richmond is appropriate pursuant to Fed. R. Crim. P. 15(a).  The United States will make arrangements for Richmond's deposition to be taken at the United States Courthouse in White Plains, New York, at a time convenient to counsel for the defendants.  The parties have agreed to October 8, 2014.

1

4.     All defendants and counsel may be present at the deposition and have the opportunity to cross-examine the witness.  The United States will make arrangements for video teleconferencing at the U.S. Attorney's Office in San Francisco for any defendant or attorney who does not elect to travel to New York and any counsel may cross-examine the witness remotely if desired.

5.     The parties agree that the Richmond's deposition testimony may be offered in evidence pursuant to Rule 15 and that admissibility of particular answers will be subject to the Federal Rules of Evidence, as provided by Rule 15(f).  The parties further agree that all substantive objections will be preserved and need not be asserted during the deposition; all objections as to form of question must be asserted during the deposition or will be waived.

DATED:  September 22, 2014                          Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/

_____

JOHN H. HEMANN
RODNEY C. VILLAZOR
Assistant United States Attorneys

/s/

_____

MICHAEL RAINS, Esq.
Attorney for Defendant Arshad Razzak

/s/

_____

PETER FURST, Esq.
Attorney for Defendant Richard Yick

/s/

_____

MATTHEW B. PAVONE, Esq.
Attorney for Defendant Raul Eric Elias

1

**<u>ORDER</u>**

2
      Pursuant to stipulation, IT IS SO ORDERED.

3

4
DATED: 9/22/14

                                    RICHARD SEEBORG

5
                                      United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28