1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorneys
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7478
7       FAX: (415) 436-7234
         John.hemann@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,            )   NO. CR-14-00103 RS
14                                      )
          Plaintiff,                    )
15                                      )   STIPULATION AND [PROPOSED] ORDER TO
      v.                                )   CONTINUE SENTENCING
16                                      )
   ARSHAD RAZZAK,                       )
17                                      )
          Defendant.                    )
18 _____ )

19      The parties hereby stipulate and jointly request that the sentencing hearing in this matter

20 currently scheduled for June 7, 2016 at 2:30 p.m. be continued to August 16, 2016 at 2:30 p.m. as

21 AUSA John Hemann is not available for the June 7, 2016 sentencing.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
 CR-14-00103 RS

| | | |
|---|---|---|
| 1 | DATED: June 6, 2016 | Respectfully submitted, |
| 2 | | BRIAN J. STRETCH<br>United States Attorney |
| 3 | | |
| 4 | | /s/ John H. Hemann<br>JOHN H. HEMANN<br>Assistant United States Attorney |
| 5 | | |
| 7 | DATED: June 6, 2016 | /s/ Michael L. Rains<br>MICHAEL L. RAINS<br>Attorney for Defendant<br>ARSHAD RAZZAK |

## ORDER

Based upon the parties stipulating and jointly requesting that the sentencing hearing in this matter to be continued because June 7, 2016 at 2:30 p.m. be continued to August 16, 2016 at 2:30 p.m as AUSA John Hemann is not available for the June 7, 2016 sentencing.

IT IS HEREBY ORDERED that the sentencing currently scheduled for June 7, 2016 at 2:30 p.m. be continued to August 16, 2016 at 2:30 p.m.

DATED: 6/6/16

RICHARD SEEBORG
UNITED DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR-14-00103 RS