Michael L. Rains (CASBN 91013)
Justin E. Buffington (CASBN 248183)
2300 Contra Costa Blvd. Suite 500
Pleasant Hill, CA 94523
Telephone: (925) 609-1699
Facsimile: (925) 609-1690

Attorney for Defendant ARSHAD RAZZAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARSHAD RAZZAK, RICHARD YICK AND RAUL ERIC ELIAS,<br><br>Defendants | CASE NO. CR-14-00103 RS<br><br>[~~PROPOSED~~] ORDER RETURNING DEFENDANT'S PASSPORT TO DEFENDANT'S WIFE |

Based on the Request for an Order and the Declaration of Michael L. Rains in Support, it is hereby ordered that Arshad Razzak's Passport be released to Michael L. Rains so that he may provide it to Mr. Razzak's brother-in-law in order to accomplish the transfer of the real property located in Karachi, Pakistan from Mr. Razzak's mother to Mr. Razzak.

**IT IS SO ORDERED.**

DATED: __1/6/17__                          _____
                                                              HONORABLE RICHARD SEEBORG
                                                              United States District Judge

1